```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 08709
   RAYMOND SAMS
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4760


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/10/08 and confirmed on 08/01/08.

   2.  The case was converted to Chapter 7 after confirmation, 01/28/2009.

   3.  The Debtor paid a total of $  13201.42 .

   4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG         .00            .00            .00
AMERICAS SERVICING CO    MORTGAGE ARRE     5352.53            .00        5352.53
DEUTSCHE BK              SECURED               .00            .00            .00
DEUTSCHE BK              MORTGAGE ARRE     6463.02            .00        2678.64
WILSHIRE CREDIT CORP     CURRENT MORTG         .00            .00            .00
AMERICAN GENERAL FINANCE SECURED               .00            .00            .00
WILL COUNTY TREASURER    SECURED               .00            .00            .00
SILVERLEAF RESORTS       UNSECURED       NOT FILED            .00            .00
AMERICAN GENERAL FINANCE UNSECURED         1035.04            .00            .00
AT&T WIRELESS            UNSECURED       NOT FILED            .00            .00
CCA                      UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA UNSECURED         1943.23            .00            .00
COMED                    UNSECURED       NOT FILED            .00            .00
PREMIER BANKCARD/CHARTER UNSECURED          341.84            .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED       NOT FILED            .00            .00
EDWARD HOSPITAL          UNSECURED       NOT FILED            .00            .00
WELLS FARGO FINANCIAL    UNSECURED         3041.05            .00            .00
WELLS FARGO FINANCIAL BA UNSECURED         3057.85            .00            .00
WILSHIRE CREDIT CORP     MORTGAGE ARRE     2920.26            .00        1210.32

CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
      Summary of disbursements:
-------------------------------------------------------------------------------
              SECURED       PRIORITY      UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14735.81      .00       9419.01        .00       24154.82
PRINCIPAL PAID       9241.49      .00           .00        .00        9241.49
INTEREST PAID            .00      .00           .00        .00            .00
TOTAL PAID           9241.49      .00           .00        .00        9241.49
```

The Debtor's attorney, LEDFORD & WU                , was allowed $   3500.00 and was paid $    1500.00   direct and $    2000.00   through the plan.

The Trustee received $     658.37 .

Refunds to the Debtor totaled $    1301.56 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE